| | |
|---|---|
| UNITED STATES JUDICIAL PANEL<br>on<br>MULTIDISTRICT LITIGATION | A TRUE COPY<br>ATTEST: ROBIN L. BLUME, CLERK<br><br>BY: *Sandra S. Shealy*<br>DEPUTY CLERK |

| | |
|---|---|
| IN RE: LIPITOR (ATORVASTATIN CALCIUM)<br>MARKETING, SALES PRACTICES AND<br>PRODUCTS LIABILITY LITIGATION (NO. II) | MDL No. 2502 |

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO −6)

On February 18, 2014, the Panel transferred 42 civil action(s) to the United States District Court for the District of South Carolina for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* _F.Supp.2d_ (J.P.M.L. 2014). Since that time, 164 additional action(s) have been transferred to the District of South Carolina. With the consent of that court, all such actions have been assigned to the Honorable Richard M Gergel.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of South Carolina and assigned to Judge Gergel.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the District of South Carolina for the reasons stated in the order of February 18, 2014, and, with the consent of that court, assigned to the Honorable Richard M Gergel.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of South Carolina. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

> Inasmuch as no objection is
> pending at this time, the
> stay is lifted.
>
> Mar 17, 2014
>
> CLERK'S OFFICE
> UNITED STATES
> JUDICIAL PANEL ON
> MULTIDISTRICT LITIGATION

FOR THE PANEL:

*Jeffery N. Lüthi*
Clerk of the Panel

IN RE: LIPITOR (ATORVASTATIN CALCIUM)
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION (NO. II)  MDL No. 2502

### SCHEDULE CTO−6 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|

**ALABAMA MIDDLE**

| ALM | 2 | 14−00128 | Banks v. Pfizer Inc. |

**ALABAMA NORTHERN**

| ALN | 1 | 14−00341 | Weldon v. Pfizer Inc |

**ALABAMA SOUTHERN**

| ALS | 1 | 14−00087 | Brazelton v. Pfizer, Inc. |

**ARIZONA**

| AZ | 2 | 14−00361 | Barker et al v. Pfizer Incorporated |

**CALIFORNIA CENTRAL**

| CAC | 2 | 14−01030 | Bonita P. Harris v. Pfizer Inc et al |
| CAC | 2 | 14−01226 | Alphonsine Esters v. Pfizer Inc et al |

**CALIFORNIA NORTHERN**

| CAN | 3 | 14−00843 | Hawkins v. Pfizer, Inc. |

**GEORGIA MIDDLE**

| GAM | 1 | 14−00035 | Inyang v. PFIZER INC |

**GEORGIA NORTHERN**

| GAN | 1 | 14−00616 | Dawson v. Pfizer Inc. |

**GEORGIA SOUTHERN**

| GAS | 2 | 14−00025 | Lawton v. Pfizer Inc. |

| | | | |
|---|---|---|---|
| GAS | 5 | 14−00021 | Trueluck−Hardin v. Pfizer Inc. |

ILLINOIS NORTHERN

| | | | |
|---|---|---|---|
| ILN | 1 | 14−01300 | Castillo et al v. Pfizer, Inc. |

IOWA SOUTHERN

| | | | |
|---|---|---|---|
| IAS | 4 | 14−00061 | Orrell v. Pfizer, Inc. |
| IAS | 4 | 14−00062 | Lumley v. Pfizer, Inc. |

KANSAS

| | | | |
|---|---|---|---|
| KS | 2 | 14−02088 | Beems v. Pfizer Inc. |
| KS | 5 | 14−02089 | Hammerschmidt v. Pfizer Inc. |

KENTUCKY WESTERN

| | | | |
|---|---|---|---|
| KYW | 3 | 14−00203 | Anderson v. Pfizer Inc. |

LOUISIANA WESTERN

| | | | |
|---|---|---|---|
| LAW | 6 | 14−00155 | Lemaire et al v. Pfizer Inc |

MINNESOTA

| | | | |
|---|---|---|---|
| MN | 0 | 14−00562 | Cook v. Pfizer Inc. |
| MN | 0 | 14−00565 | Rabak v. Pfizer Inc. |
| MN | 0 | 14−00567 | Waller v. Pfizer Inc. |
| MN | 0 | 14−00568 | Carter v. Pfizer Inc. |
| MN | 0 | 14−00569 | Jones v. Pfizer Inc. |
| MN | 0 | 14−00570 | Cox v. Pfizer Inc. |
| MN | 0 | 14−00571 | Brasher v. Pfizer Inc. |

NEW JERSEY

| | | | |
|---|---|---|---|
| NJ | 3 | 14−01126 | BRUCCIANI v. PFIZER INC. |

NEW MEXICO

| | | | |
|---|---|---|---|
| NM | 2 | 14−00097 | Hidalgo et al v. Pfizer Inc. |

OHIO NORTHERN

| | | | |
|---|---|---|---|
| OHN | 1 | 14−00198 | Martin et al v. Pfizer Inc |
| OHN | 1 | 14−00265 | Pountney et al v. Pfizer Inc. |
| OHN | 3 | 14−00266 | Dario v. Pfizer |
| OHN | 3 | 14−00351 | Croom et al v. Pfizer Inc. |

OHIO SOUTHERN

| | | | |
|---|---|---|---|
| OHS | 2 | 14−00105 | Gaiton v. Pfizer Inc. |

| | | | |
|---|---|---|---|
| OHS | 2 | 14−00192 | Larimer et al v. Pfizer, Inc. |
| OHS | 3 | 14−00042 | Maloney et al v. Pfizer, Inc. |
| OHS | 3 | 14−00059 | Rayford v. Pfizer, Inc. |

OKLAHOMA WESTERN

| | | | |
|---|---|---|---|
| OKW | 5 | 14−00157 | Jackson et al v. Pfizer Inc |
| OKW | 5 | 14−00180 | Fillmore v. Pfizer Inc |

OREGON

| | | | |
|---|---|---|---|
| OR | 3 | 14−00311 | Hanson v. Pfizer, Inc. |

PENNSYLVANIA EASTERN

| | | | |
|---|---|---|---|
| PAE | 2 | 14−00952 | CULBRETH v. PFIZER INC. |

TENNESSEE WESTERN

| | | | |
|---|---|---|---|
| TNW | 2 | 14−02135 | Calvin v. Pfizer, Inc. |

TEXAS EASTERN

| | | | |
|---|---|---|---|
| TXE | 2 | 14−00089 | Fowler v. Pfizer, Inc. et al |

TEXAS NORTHERN

| | | | |
|---|---|---|---|
| TXN | 3 | 14−00518 | Trujillo et al v. PFIZER INC |
| TXN | 3 | 14−00748 | James v. Pfizer Inc. |
| TXN | 4 | 14−00148 | Miller v. Pfizer Inc. |
| TXN | 4 | 14−00152 | Carollo v. Pfizer Inc. |
| TXN | 4 | 14−00153 | Catlin v. Pfizer Inc. |

TEXAS SOUTHERN

| | | | |
|---|---|---|---|
| TXS | 1 | 14−00024 | Means v. Pfizer Inc |
| TXS | 4 | 14−00197 | Alker et al v. Pfizer Inc. |
| TXS | 4 | 14−00479 | Brown−Freddie v. Pfizer Inc. |
| TXS | 5 | 14−00022 | Cooper v. Pfizer Inc. |

TEXAS WESTERN

| | | | |
|---|---|---|---|
| TXW | 5 | 14−00177 | Moffett v. Pfizer Inc. |

UTAH

| | | | |
|---|---|---|---|
| UT | 2 | 14−00140 | Cravens v. Pfizer |
| UT | 2 | 14−00141 | Morrill v. Pfizer |
| UT | 2 | 14−00142 | Montoya v. Pfizer |

VIRGINIA EASTERN

| | | | |
|---|---|---|---|
| VAE | 3 | 14−00061 | Joyce v. Pfizer Inc. |
| VAE | 3 | 14−00062 | Sheneman v. Pfizer Inc. |
| VAE | 3 | 14−00119 | Bishop v. Pfizer, Inc. |
| VAE | 3 | 14−00120 | Drew v. Pfizer Inc. |